**JASON WRIGHT, OSB #062168**
jason@wrightlawpdx.com
WRIGHT LAW PDX
1500 SW 1st Avenue, Suite 730
Portland, OR 97201

**DAVID F. CUTTER (ADMITTED *PRO HAC VICE*)**
dcutter@batescarey.com
BATESCAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606

*Attorneys for Plaintiff Hallmark Specialty Insurance Company*

**MICHAEL E. FARNELL, OSB #922996**
mfarnell@pfglaw.com
**B. PARKER JONES, OSB #191163**
pjones@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, OR 97205

*Attorneys for Defendants Nitin Khanna, Karan Khanna, Angelo Lombardi, Sam Knapp, David Thompson, Nicholas J. Slinde, and Benjamin C. Stoller*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HALLMARK SPECIALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> v.<br><br>NITIN KHANNA, KARAN KHANNA, ANGELO LOMBARDI, SAM KNAPP, DAVID THOMPSON, NICHOLAS J. SLINDE, BENJAMIN C. STOLLER, and ALLAN GOODMAN,<br><br>     Defendants. | Case No. 3:23-CV-00264-SB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Page 1 – STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hallmark Specialty Insurance Company and Defendants Nitin Khanna, Karan Khanna, Angelo Lombardi, Sam Knapp, David Thompson, Nicholas J. Slinde, and Benjamin C. Stoller, by and through their respective counsel of record, hereby submit this stipulation for dismissal of this action.  The parties represent that all claims in this matter, including any claims for attorneys' fees and/or costs, have been fully settled and compromised, and stipulate to the dismissal of this action with prejudice and without fees, costs, or disbursements to any party.

Dated: December 13, 2023

Respectfully submitted,

By: /s/ *Jason Wright*
Jason Wright, OSB #062168
jason@wrightlawpdx.com
WRIGHT LAW PDX
1500 SW 1st Avenue, Suite 730
Portland, OR 97201

David F. Cutter (admitted *pro hac vice*)
dcutter@batescarey.com
BATESCAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606

*Attorneys for Hallmark Specialty Insurance Co.*

/s/ *Michael F. Farnell*
Michael E. Farnell, OSB #922996
mfarnell@pfglaw.com
B. Parker Jones, OSB #191163
pjones@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, OR 97205

*Attorneys for Nitin Khanna, Karan Khanna, Angelo Lombardi, Sam Knapp, David Thompson, Nicholas J. Slinde, and Benjamin C. Stoller*